THE STATE EX REL. CINCINNATI, INC., APPELLANT, *v.* LOWE ET AL., APPELLEES.

[Cite as *State ex rel. Cincinnati, Inc. v. Lowe,*
109 Ohio St.3d 80, 2006-Ohio-1927.]

(No. 2005–0546—Submitted March 14, 2006—Decided May 3, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Dinsmore & Shohl, L.L.P., Gary E. Becker, and Theresa M. Muhic, for appellant.

Weisser & Wolf and Lisa M. Clark, for appellee Robert W. Lowe.

Jim Petro, Attorney General, and Kevin J. Reis, Assistant Attorney General, for appellee Industrial Commission of Ohio.

---

THE STATE EX REL. DAIMLERCHRYSLER CORPORATION,
APPELLANT, *v.* BILBAO ET AL., APPELLEES.

[Cite as *State ex rel. DaimlerChrysler Corp. v. Bilbao,*
109 Ohio St.3d 81, 2006-Ohio-1928.]

(No. 2005–1322—Submitted March 14, 2006—Decided May 3, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.